IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | Case No. 5:23-cv-00074-MTT |
| v. | * |
| JB&L AUTO SALES INC, et al, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 15, 2024 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff. Plaintiff shall also recover costs of this action.

This 15th day of May, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk